UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JONATHAN EPPERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHEMICAL WEAPONS CONVENTION,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00734-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COMPLAINT BE DISMISSED WITHOUT LEAVE TO AMEND<br><br>(ECF No. 7). |

　　　　Plaintiff Chris Jonathan Epperson ("Plaintiff") proceeds *pro se* and *in forma pauperis* in this civil action initiated on June 16, 2022. (ECF No. 1). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 29, 2022, the assigned magistrate judge screened Plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed without leave to amend due to Plaintiff's failure to state a cognizable claim. (ECF No. 7). On August 15, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 8).

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes that the findings and recommendations are supported by the

1

record and by proper analysis.

    Accordingly:

1. The findings and recommendations issued on July 29, 2022 (ECF No. 7) are adopted in full;
2. This action is dismissed without leave to amend due to Plaintiff's failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   September 2, 2022

UNITED STATES DISTRICT JUDGE